# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Everett Haines,** | Civil No. 06-860 (DSD-JJG) |
| Petitioner, | |
| v. | **ORDER** |
| **R.L. Morrison,** | |
| Respondent. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Haines' petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED AS MOOT.**

2. The BOP's motion to dismiss (Doc. No. 12) is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 15, 2007

                                                    s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court